EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
James J. Tamulski (64880)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com

Attorneys for Plaintiff
AS KLAVENESS CHARTERING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS KLAVENESS CHARTERING<br><br>Plaintiff,<br><br>vs.<br><br>MISSISSIPPI PHOSPHATES CORPORATION,<br><br>Defendant. | Case No.:<br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>Fed. R. Civ. P., Supp. Adm. Rule B |

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS Plaintiff AS KLAVENESS CHARTERING ("Plaintiff") has filed a Verified Complaint stating a maritime cause of action against defendant MISSISSIPPI PHOSPHATES CORPORATION ("Defendant"), alleging that Defendant is jointly and severally liable to Plaintiff in the amount of **US$381,923.31** praying for issuance of maritime attachment and garnishment; and

WHEREAS the Court has reviewed the Verified Complaint, Emergency Ex Parte Motion, and supporting Declaration of James J. Tamulski and has found that the conditions for maritime attachment and garnishment set forth in Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure appear to exist in that the Defendants may not be found within this District

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105

- 1 -

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.

1 although they have or may have property within this District within the meaning of Supplemental
2 Admiralty Rule B of the Federal Rules of Civil Procedure;
3     We therefore empower and command you to attach and take into possession the property
4 of Defendants held by the following garnishees in this District up to the amount of
5 **US$381,923.31**: funds, credits, wire transfers, electronic funds transfers, accounts, and other
6 assets belonging to Defendants which are located at or held by Wells Fargo Bank, N.A.
7     Upon order of the Court pursuant to the Federal Rules of Civil Procedure, Supplemental
8 Admiralty Rule B(1)(d)(ii) and Admiralty Local Rule 4-3, a private party may serve this Process
9 and other pleadings in this case in lieu of service by you.

Dated: June 3, 2014

HILARY JACKSON

Clerk, United States District Court
Northern District of California

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105

- 2 -

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.